ROBERT H. THORBURN, Respondent, *v.* FIRST NATIONAL
   BANK OF PORT ARTHUR, TEXAS, as Administrator with
   the Will Annexed, of the Estate of JOHN W. GATES,
   Deceased, et al., Appellants, Impleaded with Others.

*Appeal — motion to dismiss denied.*

Reported below, 193 App. Div. 174.

(Submitted October 24, 1921; decided October 28, 1921.)

MOTION to dismiss an appeal, by permission, from an
order of the Appellate Division of the Supreme Court
in the first judicial department, entered July 9, 1920,
which affirmed an order of Special Term granting a
motion to substitute certain parties defendant.

The motion was made upon the ground that the appeal
presented no question that could be reviewed by the
Court of Appeals.

*Robert H. Thorburn* for motion.

*A. L. Humes* and *Ben Le Roy Stowell* opposed.

Motion denied, with ten dollars costs.

---

In the Matter of ADOLPH M. SCHWARZ, an Attorney,
   Appellant.

ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK,
   Respondent.

(Submitted October 24, 1921; decided October 28, 1921.)

Motion for re-argument denied.   (See 231 N. Y. 642.)

---

RAYMOND C. PARKER, Respondent, *v.* PAUL G. SIMON,
   Appellant.

(Submitted October 24, 1921; decided October 28, 1921.)

Motion for re-argument denied, with ten dollars costs and
necessary printing disbursements.   (See 231 N. Y. 503.)

---

TOWN OF NORTH HEMPSTEAD, Respondent, *v.* PUBLIC
   SERVICE CORPORATION OF LONG ISLAND, Appellant.

(Submitted October 24, 1921; decided October 28, 1921.)

Motion for re-argument denied, with ten dollars costs and
necessary printing disbursements.   (See 231 N. Y. 447.)